IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTOPHER JOEL WRIGHT and CYNTHIA ELAINE WRIGHT, as Co-Personal Representatives of the Estate of KIRSTIN NICOLE WRIGHT, deceased, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>HELEN KNOPP, as Personal Representative of the ESTATE OF GARY KNOPP, deceased, *et al.*,<br><br>Defendants. | Case No. 3:21-cv-00049-JWS<br>3:21-cv-00051-JWS<br>Consolidated<br><br>**SCHEDULING AND PLANNING ORDER** |

**I.   Meeting of the Parties.**

Based upon information available to the Court through a Scheduling and Planning Conference Report completed by the parties pursuant to Rules 16(a) and 26(f) of the Federal Rules of Civil Procedure and to Local Civil Rules 16.1 and 26.1(b) (Docket 27), and, if one was held, the scheduling and planning conference, this order for the pretrial development of the case is entered pursuant to Rule 16(b), Federal Rules of Civil Procedure.

**This order may be modified only for good cause shown and with the consent of the Court.** *See* **Rule 16(b)(4), Federal Rules of Civil Procedure.**

II.   **Discovery Plan.**

Discovery shall be conducted in accordance with Rules 26 through 37 of the Federal Rules of Civil Procedure, any applicable Local Civil Rules, and the discovery plan specified in the Scheduling and Planning Conference Report of the parties, except as otherwise provided below.

    A.   **Timing, Form, and Disclosure Requirements.**   The requirements of Rule 26(f)(3)(A) shall apply to this case. Any changes to those requirements that the Court has approved are incorporated in the following paragraphs, Sections II.B through II.G. Each party must contemporaneously prepare and maintain a written record of all disclosures and supplementation of disclosures or responses made to requests for discovery under Rule 26(a) and (e), Federal Rules of Civil Procedure. Unless required in support of a motion or by order of the Court, disclosures and supplemental disclosures are not to be filed with the Court.

    B.   **Initial Disclosures / Preliminary Witness Lists.**

        1.   The information required by Rule 26(a)(1), Federal Rules of Civil Procedure:

            (a)   ☐   has been exchanged by the parties.

            (b)   ☒   shall be exchanged by the parties on or before **June 26, 2021**.

*Wright, et al. v. Kopp, et al.*   Case No. 3:21-cv-00049-JWS, 3:21-cv-00051-JWS, Consolidated
Scheduling and Planning Order   Page 2
Case 3:21-cv-00049-JWS   Document 28   Filed 06/04/21   Page 2 of 9

2. Preliminary witness lists:

   (a) ☐ have been exchanged by the parties.

   (b) ☒ shall be exchanged by the parties on or before **June 26, 2021**.

3. With reference to the disclosure requirements of Rule 7.1, Federal Rules of Civil Procedure:

   (a) ☐ The parties are in compliance.

   (b) ☒ Compliance shall be accomplished on or before **June 26, 2021**.

   (c) ☐ Rule 7.1 is not applicable.

C. **Subjects and Timing of Discovery.**

   1. The parties ☒ have / ☐ have not reported the subjects on which discovery may be needed.

   2. Discovery shall not be conducted in phases or limited to or focused on particular issues. **[Unless parties have proposed phases or limitations, then specify].**

   3. The parties ☐ have / ☒ have not shown cause for a discovery close date beyond 12 months from their report.

   4. **Final Discovery Witness List.** A final discovery witness list, disclosing all lay witnesses that a party may wish to call at trial either by live testimony or deposition, shall be served and filed not later than **March 1, 2022**. Each party shall make a good-faith attempt to list

*Wright, et al. v. Kopp, et al.*            Case No. 3:21-cv-00049-JWS, 3:21-cv-00051-JWS, Consolidated
Scheduling and Planning Order            Page 3
Case 3:21-cv-00049-JWS   Document 28   Filed 06/04/21   Page 3 of 9

only those lay witnesses that the party reasonably believes will testify at trial. Unless otherwise ordered for good cause shown, only those lay witnesses disclosed in this final discovery witness list, and the expert witnesses that were timely identified, will be permitted to testify at trial.

5. **Close of Fact Discovery.** Fact discovery shall be completed on or before **January 15, 2022**.

6. **Expert Discovery**. Pursuant to Rule 26(a)(2), Federal Rules of Civil Procedure:

    (a) Expert witnesses shall be identified by each party on or before **November 30, 2021**, and each party may identify responsive supplemental expert witnesses within **14 days** thereafter.

    (b) Expert disclosures (reports) required by Rule 26(a)(2) shall be disclosed:

    (i) By all parties on or before _____; **OR** by Plaintiff(s) on or before **February 1, 2022**, and by Defendant(s) on or before **April 1, 2022**; and

    (ii) Rebuttal reports on or before **May 15, 2022**, from service of the report being rebutted.

    (c) Expert witness discovery (including depositions) shall be completed by Plaintiff(s) on or before **April 1, 2022**, and by Defendant(s) on or before **May 1, 2022**.

*Wright, et al. v. Kopp, et al.*    Case No. 3:21-cv-00049-JWS, 3:21-cv-00051-JWS, Consolidated
Scheduling and Planning Order    Page 4
Case 3:21-cv-00049-JWS   Document 28   Filed 06/04/21   Page 4 of 9

**D. Preservation of Discovery, Including Electronically Stored Information (ESI).**

1. No issues have been reported as regards disclosure, discovery, or preservation of ESI, including the form or format in which it should be produced.

2. The parties shall proceed as they have proposed with respect to the production of ESI.

3. Preservation of non-ESI Discovery:

    (a) ☒ There is no indication that this will be an issue.

    (b) ☐ The parties may proceed as they have proposed.

**E. Claims of Privilege or Protection of Attorney Work Product.**

Claims of privilege or protection of trial preparation materials shall be handled as follows:

1. ☒ There is no indication that this will be an issue.

2. ☐ The parties have entered into a confidentiality agreement.

3. ☐ The parties shall submit their proposed confidentiality agreement on or before _____.

*Wright, et al. v. Kopp, et al.*      Case No. 3:21-cv-00049-JWS, 3:21-cv-00051-JWS, Consolidated
Scheduling and Planning Order      Page 5
Case 3:21-cv-00049-JWS   Document 28   Filed 06/04/21   Page 5 of 9

**F. Limitations on Discovery.** The following limitations on discovery are imposed:

1. ☒ The limitations set forth in Federal Rules of Civil Procedure 26(b), 30, and 33, and in Local Civil Rules 30.1 and 36.1, apply, except as indicated below.

2. ☐ The maximum number of depositions by each party shall not exceed _____.

    (a) ☐ Depositions shall not exceed _____ hours as to any deponent;

    or

    (b) ☐ Depositions shall not exceed the following:

    (1) ____ hours as to non-party deponents, and

    (2) ____ hours as to party deponents, corporate officer deponents, Rule 30(b)(6) deponents, and expert witness deponents.

3. ☐ The maximum number of interrogatories posed by each party shall not exceed ____.

4. ☐ The maximum number of requests for admissions posed by each party shall not exceed _____.

5. ☐ Other limitations: _____.

*Wright, et al. v. Kopp, et al.*      Case No. 3:21-cv-00049-JWS, 3:21-cv-00051-JWS, Consolidated
Scheduling and Planning Order      Page 6
Case 3:21-cv-00049-JWS    Document 28    Filed 06/04/21    Page 6 of 9

**G. Supplementation of Disclosures and Discovery Responses.**

Disclosures and discovery responses shall be supplemented:

1. ☒ In accordance with Rule 26(e)(1) and (e)(2), Federal Rules of Civil Procedure.

2. ☐ At intervals of ___ days.

### III. Pretrial Motions.

**A.** Preliminary motions as to jurisdiction, venue, arbitration, and/or statutes of limitation shall be served and filed not later than:

1. ☒ Not applicable.

2. ☐ _____ [Date:]

**B.** Motions to amend, motions under the discovery rules, motions *in limine*, and dispositive motions:

1. ☒ Motions shall be served and filed within the times specified by the applicable rules, including Local Rules 7.2, 7.3, and 16.1(c), except as indicated below.

2. ☒ Motions to amend pleadings, including motions to add parties, shall be served and filed not later than **October 1, 2021**. Thereafter, a party must seek leave of the Court to modify this deadline. *See* Rule 16(b)(3)(A) and (b)(4), Federal Rules of Civil Procedure.

3. ☒ Motions under the discovery rules shall be served and filed not later than **May 1, 2022**.

*Wright, et al. v. Kopp, et al.*      Case No. 3:21-cv-00049-JWS, 3:21-cv-00051-JWS, Consolidated
Scheduling and Planning Order      Page 7
Case 3:21-cv-00049-JWS    Document 28    Filed 06/04/21    Page 7 of 9

4. ☒ Dispositive motions shall be served and filed not later than **May 15, 2022**.

5. ☒ Motions to exclude expert testimony shall be served and filed not later than **June 1, 2022**.

IV. **Trial.**

　A. The parties expect the case to take **ten (10)** days for trial.

　B. A jury trial ☒ has / ☐ has not been demanded.

　C. The right to jury trial ☐ is / ☒ is not disputed.

　D. Scheduling Trial.

　　1. ☐ The parties' request to establish a trial date at this time:

　　　(a) ☐ Is approved, and trial is scheduled to commence on _____

　　　(b) ☐ Is not approved.

　If approved, a separate trial scheduling order will be issued.

　　2. ☒ The parties did not request the scheduling of a trial date at this time. Either party may request a trial setting conference at any time to establish a trial date. The Court may also, on its own initiative, conduct a trial setting conference after the close of discovery. Otherwise, when timely filed dispositive motions have been ruled upon, the Court will call upon the parties to certify the case ready for trial and provide the court with proposed trial dates.

*Wright, et al. v. Kopp, et al.*　　　　　　　　　　Case No. 3:21-cv-00049-JWS, 3:21-cv-00051-JWS, Consolidated
Scheduling and Planning Order　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 8

Case 3:21-cv-00049-JWS   Document 28   Filed 06/04/21   Page 8 of 9

**V. Other Provisions.**

**A. Court Conference.** The parties have not requested a conference with the Court before entry of a scheduling order.

**B. Consent to Proceed before a Magistrate Judge.** The parties have not consented to trial before a Magistrate Judge.

**C. Early Settlement / Alternative Dispute Resolution.** The parties have considered and reported to the Court regarding possible alternative dispute resolution procedures.

**D. Related Cases.** The parties have reported to the Court regarding any related cases as defined by Local Civil Rule 16.1(e).

DATED this 4th day of June, 2021, at Anchorage, Alaska.

*/s/ John W. Sedwick*
JOHN W. SEDWICK
Senior United States District Judge

*Wright, et al. v. Kopp, et al.* Case No. 3:21-cv-00049-JWS, 3:21-cv-00051-JWS, Consolidated
Scheduling and Planning Order Page 9
Case 3:21-cv-00049-JWS   Document 28   Filed 06/04/21   Page 9 of 9